IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Patrick Champion (Catherine Lynn) Quick), | No. CV08-01503-ROS (PC) |
| Plaintiff, | **ORDER** |
| vs. | |
| Dennis Smith, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for the Court to Order the United States Marshals to serve the Defendants (Doc. 20). The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or an officer or an employee of a governmental entity. Plaintiff's Amended Complaint has not yet been screened. Plaintiff is directed to resubmit his request for U.S. Marshal service after the Amended Complaint has been screened.

Accordingly,

**IT IS ORDERED** Plaintiff's Request (Doc. 20) **IS DENIED** without prejudice.

DATED this 8th day of September, 2010.

Roslyn O. Silver
United States District Judge