IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Patrick Champion, | ) | No. CV-08-1503-ROS |
| Plaintiff, | )<br>) | **ORDER** |
| vs. | )<br>) | |
| Dennis Smith, et al., | )<br>) | |
| Defendants. | )<br>)<br>) | |

      **IT IS ORDERED** within 20 days after the date of this Order, Defendants shall file a reply in support of their motion to dismiss addressing the issues raised in Plaintiff's response.

      DATED this 4th day of January, 2012.


                                            Roslyn O. Silver
                                   Chief United States District Judge