IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Patrick Champion, | ) | No. CV-08-1503-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Dennis Smith, et al., | ) | |
| Defendants. | ) | |

    **IT IS ORDERED** within 20 days after the date of this Order, Defendants shall file a reply in support of their motion to dismiss addressing the issues raised in Plaintiff's response.

    DATED this 4th day of January, 2012.

_____
Roslyn O. Silver
Chief United States District Judge